IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ZACH HILLESHEIM, | |
|---|---|
| Plaintiff, | 8:18CV299 |
| vs. | |
| LSAD INVESTMENT PROPERTIES, LLC, | ORDER |
| Defendant. | |

This matter is before the Court on defendant LSAD Investment Properties, LLC's ("LSAD") motion to set aside default, Filing No. 9. This is a civil rights action brought by Plaintiff Zach Hillesheim against LSAD, owner of the premises at issue. This Court has jurisdiction under 28 U.S.C. § 1332.

LSAD was served on June 27, 2018. On October 19, 2018, the plaintiff filed its Motion for Entry of Default which was entered by the Clerk on the same date. Filing No. 8. Defendant moves to set aside the clerk's entry of default. The plaintiff does not oppose defendant's motion. The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. Defendant LSAD Investment Properties, LLC's motion to set aside default (Filing No. 9) is granted.

2. The Clerk's entry of default (Filing No. 8) is set aside with respect to defendant LSAD Investment Properties, LLC.

3. Defendant LSAD Investment Properties, LLC shall answer or otherwise plead within three weeks of the date of this order.

Dated this 6th day of November, 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge