IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ZACH HILLESHEIM, | |
|---|---|
| Plaintiff, | **8:18CV299** |
| vs. | |
| LSAD INVESTMENT PROPERTIES, LLC, | **ORDER** |
| Defendant. | |

Joint Stipulation for Dismissal (Filing No. 20) is granted. All claims asserted in the above-captioned case are dismissed with prejudice without costs, expenses, or disbursements to any party.

Dated this 16th day of April, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge